# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ANTHONY B. JONES** a/k/a **BENJAMIN JOHNSON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-3343

[January 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case Nos. 90-000383CF10A, 90-018138CF10A, 90-19508CF10A, 90-19512CF10A, and 90-19514CF10A.

Anthony B. Jones, South Bay.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***